UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:15cv31

Name of party requesting extension: Intel Corporation

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/22/2015

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 3/16/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Michael E. Jones
State Bar No.: 10929400
Firm Name: Potter Minton, PC
Address: 110 North College
Suite 500
Tyler, Texas 75702
Phone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.