# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Azure Networks, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:15-cv-00031 |
| | § | |
| **Intel Corporation,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff:

> Kirk Voss
> Nix Patterson & Roach, LLP
> 5215 North O'Connor Blvd., Suite 1900
> Irving, Texas 75039
> Telephone: 972.831.1188
> Facsimile: 972.444.0716
> E-mail: kirkvoss@me.com

Mr. Voss respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

Respectfully submitted,

/s/ Kirk Voss

**KIRK VOSS**
STATE BAR NO. 24075229

**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
kirkvoss@me.com

**ATTORNEYS FOR PLAINTIFF
AZURE NETWORKS, LLC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 3rd day of February, 2015.

*/s/ Kirk Voss*

**KIRK VOSS**