## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Azure Networks, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:15-cv-00031 |
| **Intel Corporation,** | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

### NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff:

Andrew Wright
Nix Patterson & Roach, LLP
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.444.0716
E-mail: andrewjwright@me.com

Mr. Wright respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

Respectfully submitted,

**ANDREW WRIGHT**
STATE BAR NO. 24063927

**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
andrewjwright@me.com

**ATTORNEYS FOR PLAINTIFF**
**AZURE NETWORKS, LLC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 4th day of February, 2015.

_____
**ANDREW WRIGHT**