# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Azure Networks, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 6:15-cv-00031 |
| | § | |
| **Intel Corporation,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |
| | § | |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff:

Ross Leonoudakis
Nix Patterson & Roach, LLP
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.444.0716
E-mail: rossl@nixlawfirm.com

Mr. Leonoudakis respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

Respectfully submitted,

_____/s/_____
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039

        972.831.1188 (telephone)
        972.444.0716 (facsimile)
        rossl@nixlawfirm.com

**ATTORNEYS FOR PLAINTIFF
AZURE NETWORKS, LLC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 11th day of March, 2015.

        _____/s/_____
        **ROSS LEONOUDAKIS**