IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AZURE NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:15-CV-00031 [RWS] |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Intel Corporation declares that it is a publicly-held corporation.  It has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: March 25, 2015

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
POTTER MINTON PC
110 N. College Avenue
Suite 500
Tyler, TX 75702
(903) 597-8311
mikejones@potterminton.com

Mark G. Matuschak
Stephen M. Muller
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Mark.Matuschak@wilmerhale.com
Stephen.Muller@wilmerhale.com

*Attorneys for Defendant Intel Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 25, 2015.

*/s/Michael E. Jones*