IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC § | |
| § | 6:15-CV-00031 [RWS] |
| v. § | |
| § | |
| INTEL CORPORATION § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Intel Corporation files this Notice of Appearance as Counsel and hereby notifies the Court that David C. Yang of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California 90071-3409 is appearing as counsel for Defendant Intel Corporation. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: March 30, 2015                   Respectfully submitted,

By: */s/ David C. Yang*
David C. Yang
California State Bar No. 246132
david.yang@wilmerhale.com
WILMER CUTLER PICKERING HALE &
   DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071-3409
(213) 443-5300 Telephone
(213) 443-5400 Facsimile

**ATTORNEY FOR DEFENDANT
INTEL CORPORATION**

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 30, 2015.

                                                            */s/ David C. Yang*