IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC § | |
| § | 6:15-CV-00031 [RWS] |
| v. § | |
| § | |
| INTEL CORPORATION § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Intel Corporation files this Notice of Appearance as Counsel and hereby notifies the Court that Jason Kipnis of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304-1012 is appearing as counsel for Defendant Intel Corporation. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 1, 2015                                     Respectfully submitted,

By: */s/ Jason Kipnis*
Jason Kipnis
California State Bar No. 168271
jason.kipnis@wilmerhale.com
WILMER CUTLER PICKERING HALE &
    DORR LLP
950 Page Mill Road
Palo Alto, CA 94304-1012
(650) 600-5036 Telephone
(650) 858-6100 Facsimile

**ATTORNEY FOR DEFENDANT
INTEL CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 1, 2015.

*/s/ Jason Kipnis*