# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| Azure Networks, LLC,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>Intel Corporation,<br>　　　　　Defendant. | Civil Action No. 6:15-CV-00031 [RWS] |

## NOTICE OF APPEARANCE OF MARK G. MATUSCHAK

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark G. Matuschak of WILMER CUTLER PICKERING HALE AND DORR LLP, 60 State Street, Boston, MA 02109, (617) 526-6000, hereby enters his appearance as attorney of record for Intel Corporation, Inc. in the above-captioned matter.

Dated: April 14, 2015　　　　　　　　By:　/s/ Mark G. Matuschak
　　　　　　　　　　　　　　　　　　　　　　Mark G. Matuschak
　　　　　　　　　　　　　　　　　　　　　　mark.matuschak@wilmerhale.com
　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　　　　AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109

　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　(617) 526-6000 phone
　　　　　　　　　　　　　　　　　　　　　　(617) 526-5000 fax

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　Intel Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on April 14, 2015.

*/s/ Mark G. Matuschak*