# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:15-cv-00031-RWS |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that David Folsom of Jackson Walker, L.L.P., enters his appearance on behalf of Defendant Intel Corporation in this matter as additional counsel.

David Folsom may receive all communications from the Court and from other parties at Jackson Walker, L.L.P., 6002 Summerfield Drive, Suite B, Texarkana, Texas 75503; Telephone: (903) 255-3251; Facsimile: (903) 255-3265; e-mail: dfolsom@jw.com.

Dated: May 21, 2015

Respectfully submitted,

/s/*David Folsom*

David Folsom
State Bar No. 07210800
**JACKSON WALKER, L.L.P.**
6002 Summerfield Drive, Suite B
Texarkana, Texas 75503
Telephone: (903) 255-3251
Facsimile: (903) 255-3265
E-Mail: dfolsom@jw.com

*Attorneys for Defendant Intel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by electronic mail on counsel of record on May 21, 2015.

/s/*David Folsom*

13425347v.1